MEMORANDUM OPINION

No. 04-06-00110-CV

Anthony S. JASPER,

Appellant

v.

Alicina R. VILANKULA,

Appellee

From the 224th Judicial District Court, Bexar County, Texas

Trial Court No. 2004-CI-13066

Honorable Janet P. Littlejohn , Judge Presiding


PER CURIAM

Sitting: Catherine Stone , Justice

 Sarah B. Duncan , Justice

 Karen Angelini , Justice

Delivered and Filed: April 5, 2006

DISMISSED FOR WANT OF JURISDICTION

 The trial court signed a final judgment on November 3, 2004. Appellant's notice of appeal was therefore due to be filed
December 3, 2004. See Tex. R. App. P. 26.1(a). Appellant did not file a notice of appeal until January 3, 2006, more than
one year late. "Because this court is without jurisdiction to consider an appeal that is not timely perfected, we must dismiss
this appeal for want of jurisdiction." Grondoma v. Sutton, 991 S.W.2d 90, 93 (Tex. App.--Austin 1998, pet. denied). The
appeal is therefore dismissed for want of jurisdiction.

 PER CURIAM